**No. 39788.**—Protest 960641–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of atomizers and perfume sprays similar to those the subject of *Rice* v. *United States* (T. D. 49373).   The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 39789.**—Protests 409545–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER. J.   In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed.

NOVEMBER 3, 1938

**No. 39790.—**Protest 936438–G of Bella Haas.   C. D. 37. Application by Government for rehearing granted.

**No. 39791.—**Protests 855143–G, etc., of F. S. Allenby & Co., et al.   Abstract 38711.   Application by plaintiffs for rehearing granted.

NOVEMBER 4, 1938

**No. 39792.—**Protests 518004–G, etc., of Great Pacific Co. et al.   Abstract 39367.   Plaintiff's application for rehearing granted and certain merchandise (grass manufactures) held properly dutiable at 20 percent ad valorem under paragraph 1459, Tariff Act of 1922.

**No. 39793.—**Protest 649649–G of Psaki Brothers. Abstract 39505.   Plaintiff's application for rehearing granted.

**No. 39794.—**Protests 928335–G, etc., of K. Nonaka. Abstract 39514.   Plaintiff's application for rehearing granted.

NOVEMBER 5, 1938

**No. 39795.—**Protest 904975–G of P. Saad & Co. Abstract 39560.   Plaintiff's application for rehearing denied.

**No. 39796.—**Protest 951613–G of United American Bosch Corp.   Abstract 39734.   Plaintiff's application for rehearing granted.

NOVEMBER 5, 1938

**No. 39797.—**SUIT 4130.—
*S. Yamada* v. *United States.*   T. D. 48990 reversed.